# UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| TRUSTEES of the LOCAL 1964 I.L.A. HEALTH & INSURANCE FUND, | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 2:20-cv-12855-MCA-LDW |
| | : | |
| v. | : | |
| | : | |
| T.I. LOGISTICS, LLC, | : | NOTICE OF VOLUNTARY |
| | : | DISMISSAL PURSUANT TO |
| Defendant. | : | RULE 41(a)(1) |
| | : | |

TO:   Clerk, United States District Court
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07102

PLEASE TAKE NOTICE that, all claims asserted in this matter having been fully satisfied, plaintiffs, the Trustees of the Local 1964 I.L.A. Health & Insurance Fund, dismiss this action in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendant T.I. Logistics has been served with process, and has not filed an answer or motion for summary judgment. Plaintiffs have not dismissed any other action based on or including the same claim or claims as those presented in this action.

STARR, GERN, DAVISON & RUBIN, PC

By:   _/s/ Richard T. Welch_

March 2, 2020

Richard T. Welch, Esq
105 Eisenhower Parkway, Suite 401
Roseland, NJ 07068
(973) 403-9200
(973) 226-0031 (fax)
*Attorneys for Plaintiffs*

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date:   3/4/21